James L. HUSTON and Dayton Bait Company, Plaintiffs-Appellants,

v.

BUCKEYE BAIT CORPORATION, Buckeye Molding Company, and William H. Robinson, Defendants-Appellees.

No. 12718.

United States Court of Appeals Sixth Circuit.

Oct. 22, 1956.

Des Jardins, Robinson & Keiser, Cincinnati, Ohio, Henry G. Dybvig, Dayton, Ohio, for appellants.

Irvin V. Gleim, Dayton, Ohio, Dexter N. Shaw, Philadelphia, Pa., for appellees.

Before ALLEN, McALLISTER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed upon the findings of fact and conclusions of law of the district court and for the reasons set forth in the opinion of Judge Cecil. 145 F.Supp. 600.

■

Rev. Willis BUNCH, Appellant,

v.

Henrietta HARMON et al.

No. 15579.

United States Court of Appeals Eighth Circuit.

Oct. 17, 1956.

N. M. Norton and Wm. M. Moorhead, Stuttgart, Ark., for appellant.

Robert L. Lindsey, James B. Gannaway and Malcolm W. Gannaway, Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.